**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 1:18-CV-20757-WILLIAMS/Torres**

MSP RECOVERY CLAIMS,
SERIES LLC, *et al.*,

    *Plaintiff*,

vs.

BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC., *et al.*,

    *Defendants*.

_____/

**NOTICE OF CONDITIONAL SETTLEMENT**

Plaintiffs MSP Recovery Claims, Series LLC, and Series 16-11-509, ("Plaintiffs"), pursuant to S.D. Fla. L.R. 16.4, hereby notify the Court that they have reached a conditional settlement with Defendants Boehringer Ingelheim Pharmaceuticals, Inc.; Providio MediSolutions, LLC and Providio Lien Counsel, LLC ("Defendants") in this matter. For this Court's reference, the settlement agreement is attached as **Exhibit A**.

As set forth in the settlement agreement, the settlement of this case is conditioned upon vacatur of two district court orders entered by District Judge Ursula Ungaro in the related case, styled *MAO-MSO Recovery II, LLC, et al. v. Boehringer Ingelheim Pharm., Inc., et al.*, Case No. 1:17-cv-21996 (S.D. Fla) ("*Boehringer I*"). Because *Boehringer I* is currently before the Eleventh Circuit, the parties have jointly filed a motion under Fed. R. App. P. 12.1, for entry of an indicative ruling stating that, in connection with an Eleventh Circuit-ordered mediated settlement, upon return of jurisdiction to the *Boehringer I* court, the court would issue an order vacating the orders. Assuming Judge Ungaro grants that motion, the parties will ask for the Eleventh Circuit to relinquish jurisdiction, whereupon Judge Ungaro will vacate the orders at

issue. Following that, the parties will file notices and stipulations of dismissal in *Boehringer I*, as well as in this case.

Given the current posture, the parties respectfully submit that it would be appropriate to administratively close this case, placing it in suspense, pending ruling on the motion for indicative ruling that is pending in *Boehringer I*.

Dated: June 25, 2018　　　　　　　　　　　Respectfully submitted,

**RIVERO MESTRE LLP**
*Lead Counsel for Plaintiffs and the Class*
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com
E-mail: jmestre@riveromestre.com
E-mail: arolnick@riveromestre.com
E-mail: cwhorton@riveromestre.com
E-mail: knwamah@riveromestre.com
E-mail: ddaponte@riveromestre.com
Secondary: npuentes@riveromestre.com

By:　　/s/ Andrés Rivero
　　　　ANDRES RIVERO
　　　　Florida Bar No. 613819
　　　　JORGE A. MESTRE
　　　　Florida Bar No. 088145
　　　　ALAN H. ROLNICK
　　　　Florida Bar No. 715085
　　　　CHARLES E. WHORTON
　　　　Florida Bar No. 46894
　　　　KINGSLEY C. NWAMAH
　　　　Florida Bar No. 118364
　　　　DAVID L. DAPONTE
　　　　Florida Bar No. 1002724

**MSP Recovery Law Firm**
*Co-Counsel for Plaintiffs*
5000 S.W. 75th Avenue, Suite 400
Miami, Florida 33155
Telephone: (305) 614-2239
John H. Ruiz, Esq., Fla. Bar No. 928150

>Frank C. Quesada, Esq., Fla. Bar No. 29411
>E-mail: serve@msprecovery.com
>E-mail: jruiz@msprecovery.com
>E-mail: fquesada@msprecovery.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 25, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system.  I also certify that the forgoing document is being served this date on all counsel of record either via transmission of Noticed of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

>/s/ Andres Rivero
>Andres Rivero